# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARIA SOSTRE,

        Plaintiff,

v.                                   **Case No. 6:13-cv-1484-Orl-18DAB**

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

---

## ORDER

THIS CAUSE comes for consideration on Plaintiff Maria Sostre's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge David A. Baker for a report and recommendation. Sostre filed objections (Doc. 32) to Judge Baker's Report and Recommendation, and the United States responded (Doc. 33). Having reviewed the Report and Recommendation, Sostre's objections, and the Commissioner's response, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 31) is **APPROVED** and **ADOPTED**.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this \_\_\_\_\_ day of July, 2014.

 

_____

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record